IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTA RAE LITTLE HEAD,<br><br>Defendant. | Case No. CR 08-50-BLG-SPW<br><br>**ORDER** |

Due to the recent outbreak of COVID-19, and upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the in-person Revocation Hearing set for Thursday, October 22, 2020 at 9:30 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Revocation Hearing is **RESET VIA VIDEO from the Yellowstone County Detention Facility** on **Wednesday, October 21, 2020 at <u>2:00 p.m.</u>** Counsel may appear in the Snowy Mountains Courtroom thirty (30) minutes prior to the hearing to video conference with Defendant. If the defendant objects to this hearing being held via video, he must file a motion to continue the hearing to allow time for the defendant to be transported.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 6th day of October, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE